# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2011

142913

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

VERDELL REESE,
      Defendant-Appellee.

SC: 142913
COA: 292153
Wayne CC: 08-007283

_____/

On order of the Court, the application for leave to appeal the September 16, 2010 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the doctrine of imperfect self-defense can mitigate second-degree murder to voluntary manslaughter and, if so, whether the doctrine was appropriately applied to the facts of this case by the Wayne Circuit Court.

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2011

Clerk

y0615